UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUAN CARMONA, )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA. ) | 1:10-cv-426-LJM-MJD<br>1:08-cr-0157-LJM-KPF-1 |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to § 2255 and the civil action docketed as No. 1:10-cv-426-LJM-MJD is **dismissed with prejudice.**

Date: 01/21/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Juan Carmona
No. 09063-028
Adams CCC
P.O. Box 1600
Washington, MS 39190